**Maurice BOWEN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104112**

Missouri Court of Appeals,
Eastern District,
**DIVISION FIVE.**

Filed: April 25, 2017

Emmett D. Queener, Missouri Public Defender's Office, Columbia, Missouri, for Appellant

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, Missouri, for Respondent

Before Philip M. Hess, C.J., Lawrence E. Mooney, J., James M. Dowd, J.

### ORDER

PER CURIAM

Maurice Bowen (Movant) appeals the judgment of the circuit court of the City of St. Louis denying his Rule 29.15 motion for post-conviction relief. On appeal, Movant argues that he was denied effective assistance of counsel when his trial counsel failed to approach the prosecutor during trial to offer a guilty plea in exchange for a ten-year sentence. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 84.16(b).